

*John B. Harris,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, June 29, 1967:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.

Doria, Appellant, *v.* Tate.

Argued April 18, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Ransome A. Kley,* for appellants.

*Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Jerome R. Richter* and *George J. Ivins,* Assistant City Solicitors, and *Edward G. Bauer, Jr.,* City Solicitor, for appellees.

OPINION PER CURIAM, June 29, 1967:
Judgment affirmed.

## Lambert, Appellant, *v.* Prestileo.

Argued January 4, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charles F. Mayer,* for appellant.

*Jacques H. Fox,* with him *Fox & McCurdy,* for appellee.

OPINION PER CURIAM, June 29, 1967:
Decree affirmed. Each party to bear own costs.